IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES R. WINSTEAD                         PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:10cv128 TSL-FKB

FEDERAL NATIONAL MORTGATE
ASSOCIATION, AND BANK OF
AMERICA CORPORATION                     DEFENDANTS

## ORDER

This matter comes before the court on a voluntary motion from plaintiff, James R. Winstead, to dismiss this action without prejudice.

The court, having considered the motion, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the instant civil action be, and hereby is, dismissed for all purposes and without prejudice.

SO ORDERED this the 26th day of March, 2010.

                                                 /s/Tom S. Lee
                                                 UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/Derrick M. Sorrick, Esq.
Attorney for the Plaintiff
Dabbs Law Firm, P.C.
P.O. Box 109
Brandon, MS 39043
Telephone: (601) 664-2400
Facsimile: (601) 664-2700